Argued and submitted February 24; on respondent's motion to dismiss filed March 5, appeal dismissed April 16, 1986

DAVID H. DRENTH,
*Appellant,*

*v.*

PETERSON,
*Respondent.*

(85-1769; CA A37218)

716 P2d 777

Jay R. Jackson, Salem, filed the brief for appellant.

Todd Gunderson, Certified Law Student, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, James E. Mountain, Jr., Solicitor General, and Scott McAlister, Assistant Attorney General, Salem.

Dave Frohnmayer, Attorney General, James E. Mountain, Jr., Solicitor General, and Scott McAlister, Assistant Attorney General, Salem, for the motion.

No appearance contra.

Before Joseph, Chief Judge, and Van Hoomissen and Young, Judges.

PER CURIAM

## PER CURIAM

At oral argument it was pointed out that the confinement sought to be tested by the writ of *habeas corpus* may have ended. It had. The state moves to dismiss the appeal as moot. The motion is allowed.

Appeal dismissed.